ERNEST LIKAY, as Administrator, etc., of MARGARET LIKAY, Deceased, Respondent, v. ARNOLD GOTTESMAN and Others, Appellants.— The decision of this court handed down on March 24, 1933 [238 App. Div. 859], is hereby amended

by striking out the words " with costs to appellants to abide the event " and inserting in place thereof the words " with ten dollars costs and disbursements to appellants to abide the event of trial." Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.